UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| INNOVATIVE CUSTOM BRANDS INTL., INC. | Civil Action No. 04 CV 2937 (RH) ECF CASE |
| Plaintiff, | |
| -against- | **RULE 7.1 STATEMENT** |
| SOLE CITY, INC., SOLOMON SAFDEYE, ALAN KANDALL, JEFFREY BERNSTEIN and MARC DOLCE | |
| Defendants. | |

------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Plaintiff hereby certify that there are no publicly held parents, subsidiaries or affiliates of Plaintiff Innovative Custom Brands, Intl., Inc.

Dated: New York, New York
       April 16, 2004

                                                  GURSKY & PARTNERS, LLP
                                                  Attorneys for Plaintiff

                                                  By:   s/ Ira S. Sacks_____
                                                          Ira S. Sacks (IS 2861)
                                                          Esther Trakinski (ET 7791)
                                                          1350 Broadway, 11th Floor
                                                          New York, NY 10018
                                                          (212) 904-1234