UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
INNOVATIVE CUSTOM BRANDS INTL., INC.   :   Case No.
:   04 CV 2937 (RJH) (GWG)
:
Plaintiff,   :
:
-against-   :
:
:
SOLE CITY, INC., SOLOMON SAFDEYE,   :
ALAN KANDALL, JEFFREY BERNSTEIN and   :
MARC DOLCE   :
:
Defendants.   :
------------------------------------------------------------x

**STIPULATION EXTENDING PLAINTIFF'S TIME TO
ANSWER OR OTHERWISE RESPOND TO DEFENDANT
<u>JEFFREY BERNSTEIN'S MOTION TO DISMISS</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Innovative Custom Brands Intl., Inc. ("Plaintiff"), and counsel for Defendant, Jeffrey Bernstein ("Defendant"), that the time for Plaintiff to answer or otherwise respond to Defendant's Motion To Dismiss in the above-referenced matter is hereby extended until and including June 24, 2004.

Dated: New York, New York
       May 25, 2004

GURSKY & PARTNERS, LLP

___S/_____
Ira S. Sacks (IS 2861)
Esther S. Trakinski (ET 7791)
1350 Broadway – 11th Floor
New York, New York 10018
(212) 904-1234
Attorneys for Plaintiff

FELDMAN WEINSTEIN, LLP

_____
Eric Weinstein (EW 5423)
Eric D. Harris (EH 1341)
420 Lexington Avenue, Suite 2620
New York, New York 10170
(212) 869-7000
Attorneys for Defendant

**SO ORDERED:**

Date:_____       _____
                              United States District Judge