## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK   )

I, **Nellya Dym**, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside in Brooklyn, New York.

On May 27, 2004, I served the within:

**NOTICE OF MOTION and AFFIDAVIT OF ADAM M. COHEN, with Exhibits**
**and**
**MEMORANDUM OF LAW OF DEFENDANTS IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

by delivering true copies hereof, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following:

| | |
|---|---|
| *Gursky & Partners, LLP* | *Feldman Weistein LLP* |
| Attorneys for Plaintiff | Attorneys for Defendant Jeffrey Bernstein |
| 1350 Broadway, 11th Floor | 420 Lexington Avenue |
| New York, New York 10018 | New York, New York 10170 |

                                            _____s/Nellya Dym_____
                                            Nellya Dym

Sworn to before me this
27th day of May, 2004.

s/Arthur M. Rosenberg
*Arthur M. Rosenberg*
*Notary Public, State of New York*
*No. 02RO4870146*
*Qualified in New York County*
*Commission Expires August 11, 2006*

#204488.1