UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
INNOVATIVE CUSTOM BRANDS INTL., : Civil Action No.:
INC., : 4 CV 2937 (RJH)
:
                      Plaintiff, :
      -against-                    : **STIPULATION**
:
SOLE CITY, INC., SOLOMON SAFDEYE, :
ALAN KANDALL, JEFFREY BERNSTEIN :
and MARC DOLCE, :
:
                      Defendants. :
---------------------------------------------------------------- x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/7/04 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto that plaintiff's opposition to the motion to dismiss made by defendants Sole City, Inc., Solomon Safdeye and Alan Kandall (the "Defendants") in the above-referenced matter shall be served upon Defendants' counsel so as to be received on or before July 1, 2004;

**IT IS FURTHER STIPULATED AND AGREED**, that defendants' reply papers shall be served upon plaintiff's counsel so as to be received on or before July 23, 2004.

Dated:       New York, New York
             June 2, 2004

**GURSKY & PARTNERS, LLP**                    **KANE KESSLER, P.C.**

By: _____        By: _____
    Esther S. Trakinski (ET 7791)            Adam M. Cohen (AMC 9918)
    1350 Broadway, 11th Floor                1350 Avenue of the Americas
    New York, New York 10018                 New York, New York 10019
    (212) 904-1234                           (212) 541-6222

    Attorneys for Plaintiff                  Attorneys for Defendants
                                             Sole City, Inc., Solomon Safdeye
                                             and Alan Kandall

**SO ORDERED**

_____
                U.S.D.J.
                6/7/04

#204893.1

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
INNOVATIVE CUSTOM BRANDS INTL., : Civil Action No.:
INC., : 4 CV 2937 (RJH)
:
        Plaintiff, :
    -against- : STIPULATION
:
SOLE CITY, INC., SOLOMON SAFDEYE, :
ALAN KANDALL, JEFFREY BERNSTEIN :
and MARC DOLCE, :
:
        Defendants. :
------------------------------------------------------------ x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/7/04

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto that plaintiff's opposition to the motion to dismiss made by defendants Sole City, Inc., Solomon Safdeye and Alan Kandall (the "Defendants") in the above-referenced matter shall be served upon Defendants' counsel so as to be received on or before July 1, 2004;

**IT IS FURTHER STIPULATED AND AGREED**, that defendants' reply papers shall be served upon plaintiff's counsel so as to be received on or before July 23, 2004.

Dated:     New York, New York
           June 2, 2004

          **GURSKY & PARTNERS, LLP**                          **KANE KESSLER, P.C.**

By:  _____          By:  _____
     Esther S. Trakinski (ET 7791)                 Adam M. Cohen (AMC 9918)
     1350 Broadway, 11th Floor                     1350 Avenue of the Americas
     New York, New York 10018                      New York, New York 10019
     (212) 904-1234                                (212) 541-6222

     Attorneys for Plaintiff                       Attorneys for Defendants
                                                   Sole City, Inc., Solomon Safdeye
                                                   and Alan Kandall

**SO ORDERED**

_____
                   U.S.D.J.
          6/7/04

#204893.1

4