```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INNOVATIVE CUSTOM BRANDS INTL., INC.  :   Case No.
                                          04 CV 2937 (RJH) (GWG)

                Plaintiff,

        -against-                          STIPULATION OF DISMISSAL
                                           **WITHOUT PREJUDICE**

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE

                Defendants.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between counsel of record for Plaintiff, Innovative Custom Brands Intl., Inc. ("Plaintiff"), and counsel for Defendant, Jeffrey Bernstein ("Defendant"), that the matter be dismissed, pursuant to Federal Rules of Civil Procedure § 41(a)(1), without prejudice and without an award of costs, expenses or disbursements to any party.

Dated: New York, New York             Dated: New York, New York
       June 10, 2004                         June 10, 2004

GURSKY & PARTNERS, LLP                FELDMAN WEINSTEIN, LLP

_____               _____
Ira S. Sacks (IS 2861)                Eric Weinstein (EW 5423)
Esther S. Trakinski (ET 7791)         Eric D. Harris (EH 1341)
1350 Broadway – 11th Floor            420 Lexington Avenue, Suite 2620
New York, New York 10018              New York, New York 10170
(212) 904-1234                        (212) 869-7000
Attorneys for Plaintiff               Attorneys for Defendant

SO ORDERED:

_____               Dated: _____, 2004
Hon. Richard J. Holwell
United States District Judge

6/18/04

RECEIVED
JUN 17 2004
CHAMBERS OF
RICHARD J. HOLWELL
U.S.D.J.