```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INNOVATIVE CUSTOM BRANDS INTL., INC.    Case No.
                                         04 CV 2937 (RJH) (GWG)

                            Plaintiff,

        -against-
                                         STIPULATION OF DISMISSAL
                                         **WITHOUT PREJUDICE**
SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE

                            Defendants.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between counsel of record for Plaintiff, Innovative Custom Brands Intl., Inc. ("Plaintiff"), and counsel for Defendant, Marc Dolce ("Defendant"), that the matter be dismissed, pursuant to Federal Rules of Civil Procedure § 41(a)(1), without prejudice and without an award of costs, expenses or disbursements to any party.

Dated: New York, New York                Dated: New York, New York
       June 14, 2004                            June 24, 2004

GURSKY & PARTNERS, LLP                   ALBERT BUZZETTI & ASSOCIATES, LLC

_____          _____
Ira S. Sacks (IS 2861)                   Ayesha Hamilton, Esq. (AK 9949)
Esther S. Trakinski (ET 7791)            2 Penn Plaza, Suite 1500
1350 Broadway – 11th Floor               New York, New York 10121
New York, New York 10018                 (212) 564-9009
(212) 904-1234                           Attorneys for Defendant
Attorneys for Plaintiff



RECEIVED JUN 30 2004

SO ORDERED:

Dated: 7/12/04, 2004

Hon. Richard J. Holwell
United States District Judge