UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INNOVATIVE CUSTOM BRANDS INTL.,
INC.,

                                Plaintiff,

-against-

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN
and MARC DOLCE,

                                Defendants.
----------------------------------------------------------X

Civil Action No.:
4 CV 2937 (RJH)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/04

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto that plaintiff's opposition to the motion to dismiss made by defendants Sole City, Inc., Solomon Safdeye and Alan Kandall (the "Defendants") in the above-referenced matter shall be served upon Defendants' counsel so as to be received on or before July 6, 2004;

IT IS FURTHER STIPULATED AND AGREED, that Defendants' reply papers shall be served upon plaintiff's counsel so as to be received on or before August 6, 2004.

Dated:      New York, New York
              July 7, 2004

GURSKY & PARTNERS, LLP

By: _____
Esther S. Trakinski (ET 7791)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 904-1234

Attorneys for Plaintiff

KANE KESSLER, P.C.

By: _____
Adam M. Cohen (AMC 9918)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants
Sole City, Inc., Solomon Safdeye
and Alan Kandall

SO ORDERED

_____
       7/13/04    U.S.D.J.

#204893.2