USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
INNOVATIVE CUSTOM BRANDS INTL., INC.,

                               Plaintiff,

-against-

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN
and MARC DOLCE,

                              Defendants.
-------------------------------------------------------------- x

Civil Action No.:
4 CV 2937 (RJH)

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff, Innovative Custom Brands Intl., Inc. ("Plaintiff"), and counsel for Defendant, Alan Kandall ("Defendant"), that the matter be dismissed, pursuant to Federal Rules of Civil Procedure §41(a)(1), without prejudice and without an award of costs, expenses or disbursements to any party.

Dated:      New York, New York
             July 1, 2004

GURSKY & PARTNERS, LLP

By: _____
Esther S. Trakinski (ET 7791)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 904-1234

Attorneys for Plaintiff

KANE KESSLER, P.C.

By: _____
Adam M. Cohen (AMC 9918)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendant Alan Kandall

SO ORDERED

_____
Hon. Richard J. Holwell
United States District Judge

Dated: __7/16__, 2004

4206996.1



JUL 13 2004