ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
INNOVATIVE CUSTOM BRANDS,          :
:
Plaintiffs,          :
:
-against-          :                     ORDER OF REFERENCE
:                     TO A MAGISTRATE JUDGE
SOLE CITY, INC., et al,          :
:                     04 Civ. 02937 (RJH) (GWG)
Defendants.          :
:
-------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         July 16, 2004

HON. Richard J. Holwell
United States District Judge