**Esther S. Trakinski (ES 7791)**
**Ira S. Sacks (IS 2861)**
**Gursky & Partners, LLP**
**1350 Broadway, 11th Floor**
**New York, NY 10018**
**(212) 904-1234**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INNOVATIVE CUSTOM BRANDS INTL., INC.,

                Plaintiff,

          - against -

SOLE CITY, INC., SOLOMON SAFDEYE,
ALAN KANDALL, JEFFREY BERNSTEIN and
MARC DOLCE,
                Defendants.
-----------------------------------------------------------------x

Civil Action No. 04 CV 2937
(RJH)(GWG)

**NOTICE OF MOTION FOR**
**DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE,** that upon the annexed affidavit of Esther S. Trakinski, Esq., sworn to on the 7th day of January, 2005, and upon all of the prior proceedings and pleadings heretofore had herein, Gursky & Partners, LLP, attorneys for plaintiff Innovative Custon Brands Int'l, Inc, ("ICB"), hereby moves this Court before the Honorable Gabriel W. Gorenstein, at 40 Center Street, Courtroom 219, New York, New York 10007, for entry of a default judgment against defendant Sole City, Inc., pursuant to Rule and 55(b)(2) of the Federal Rules of Civil Procedure in accordance with

the Court's Order dated November 1, 2004 (the "Order").

Dated: New York, NY
       January 7, 2005

                                  GURSKY & PARTNERS, LLP

BY: _____/S/_____
      Ira S. Sacks (IS 2861)
      Esther S. Trakinski (ET 7791)
      GURSKY & PARTNERS, LLP
      1350 Broadway, 11th Floor
      New York, New York 10018
      (212) 904-1234

      Attorneys for Plaintiff