UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/05
```

------------------------------------x
FULL CREATIVE LTD. D/B/A I.C.B. ASIA, CO., LTD.,

          Plaintiffs,

    - against -                              04 Civ. 2907 (RJH) (GWG)

SOLE CITY, INC., et al.,

          Defendants.
------------------------------------x
------------------------------------x
INNOVATIVE CUSTOM BRANDS INT'L, INC.,

          Plaintiffs,

    - against -                              04 Civ. 2937 (RJH) (GWG)

SOLE CITY, INC., et al.,

          Defendants.
------------------------------------x

## ORDER

On Friday, February 25, 2005, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all the parties, with plaintiff represented by its counsel and defendants appearing *pro se*. The Court entered the following Order:

1. Defendant Safdeye shall produce all requested documents responsive to plaintiff's letter dated February 14, 2005. Plaintiff shall inspect the documents on Monday, March 21, 2005 at 10:00 am.

2. Plaintiff is directed to submit a sworn statement of his net worth by March 21, 2005.

3. Defendants' motion to dismiss [6] is denied without prejudice to renew the motion to the extent that this action is not settled by April 22, 2005.

4. Plaintiff's application for default judgment against defendant Sole City, Inc., is granted in both actions (04 Civ. 2907 [26]; 04 Civ. 2937 [25]).

5. The parties are directed to appear for a settlement conference on April 22, 2005 at 10:00 a.m. **The parties are further instructed to engage in settlement discussions prior to the settlement conference.**

SO ORDERED

Dated: New York, New York
       February 25, 2005

                                                  Richard J. Holwell
                                              United States District Judge