UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FULL CREATIVE,
:
:   ORDER
        Plaintiff,       :   04 Civ. 2907 (RJH) (GWG)
:
        -v.-             :
:
SOLE CITY,               :
:
        Defendant.
-----------------------------------------------------------:
INNOVATIVE CUSTOM BRANDS,
:   04 Civ. 2937 (RJH)(GWG)
        Plaintiff,       :
        -v-              :
SOLE CITY,
:
        Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

   WHEREAS, plaintiff's counsel has reported to the Court that defendant Solomon Edward Safdeye has filed a case under Chapter 7 of the United States Bankruptcy Code. (Docket # 05-21221, E.D.N.Y.); and

   WHEREAS, counsel concedes that the above-referenced actions come within the automatic stay,

   IT IS HEREBY ORDERED that the above-referenced actions shall be transferred to the the suspense docket.

Dated:  New York, New York
        July 19, 2005

                                    _____
                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge